PUGET SOUND GILLNETTERS ASSO-
CIATION et al., Petitioners,

v.

UNITED STATES DISTRICT COURT
FOR the WESTERN DISTRICT OF
WASHINGTON, Respondent,

United States of America et al., Real
Parties in Interest.

COLUMBIA RIVER FISHERMEN'S
PROTECTIVE UNION, INC., et al.,
Petitioners-Appellants,

v.

UNITED STATES DISTRICT COURT
FOR the DISTRICT OF OREGON,
Respondent,

and

United States of America et al., Real
Parties in Interest-Appellees.

UNITED STATES of America et al.,
Plaintiffs-Appellees,

v.

STATE OF WASHINGTON et al.,
Defendants-Appellants.

Nos. 77–3129, 77–3208, 77–3209,
77–3654 and 77–3655.

United States Court of Appeals,
Ninth Circuit.

Sept. 14, 1979.

Before GOODWIN, WALLACE and
KENNEDY, Circuit Judges.

## ORDER

These cases come before us for considera-
tion in light of the judgment and order of
the Supreme Court of the United States in
*Washington v. Washington State Commer-
cial Passenger Fishing Vessel Ass'n,* ——
U.S. ——, 99 S.Ct. 3055, 61 L.Ed.2d 823
(1979), vacating the judgment of this court,

573 F.2d 1123, in these causes and remand-
ing them for further proceedings in con-
formity with the opinion of the Supreme
Court.

It is therefore ordered that the judgment
previously entered by this court in causes
Nos. 77–3129, 77–3208, 77–3209, 77–3654,
and 77–3655, is affirmed to the extent that
it is consistent with the opinion of the Su-
preme Court, and the causes are remanded
to the United States District Courts for the
Western District of Washington and the
District of Oregon for further proceedings
in conformity with the opinion of the Su-
preme Court.